No. 68412.—Manca, Inc. v. United States, protest 60/24514 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the articles in question consist of carbon arc lamps wholly or in chief value of iron or steel and that they are only accessories for use with optical instruments and not parts thereof, the claim of the plaintiff was sustained.